**Order entered April 30, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01431-CV

### SCOTT ALAN COPELAND, Appellant

### V.

### DIANE COPELAND, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-54524-2018**

## ORDER

Before the Court is appellant's April 26, 2019 third motion to extend time to file his brief.

Appellant seeks a seven-day extension.

We **GRANT** the motion and **ORDER** the brief be filed no later than May 3, 2019.


/s/     KEN MOLBERG
        JUSTICE